UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff

vs.

Alberto Solorio-Penaloza

Defendant(s)

CRIMINAL NO. 08CR2162-L

08mj8535

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge, **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Felipe Chavez-Mares

DATED: 6/26/08

**PETER C. LEWIS**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** ______________ **DUSM**

**OR**

**W. SAMUEL HAMRICK, JR. Clerk**

by J. Flores

**Deputy Clerk**

2008 JUN 26 PM

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

U.S. GPO: 2003-581-774/70082